IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02830-BNB

KYLE VAUGHN,

    Plaintiff,

v.

AMY STOLTZ,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On November 25, 2009, Plaintiff Kyle Vaughn, acting *pro se*, submitted to the Court a Prisoner Complaint. Mr. Vaughn is detained at the Weld County Jail in Greeley, Colorado. On December 3, 2009, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Vaughn to submit a certified copy of his prisoner's trust fund account statement for the six-month period immediately preceding the date he filed the instant action. Mr. Vaughn had submitted an account statement, but the statement was not certified as is required under 28 U.S.C. § 1915. Magistrate Judge Boland warned Mr. Vaughn that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Mr. Vaughn now has failed to communicate with the Court, and as a result he has failed to cure the deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 20 day of January, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO,
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02830-BNB

Kyle Vaughn
Prisoner No. 63428
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk